**Order filed January 25, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00009-CV
_____

### DESIREE FELICIA SAPP, Appellant

### V.

### DR. ROBERT ANDING OF PREVIA MEDICAL GROUP; THE WOMAN'S HOSPITAL OF TEXAS, AMERICAN MEDICAL ASSOCIATION, JOHN DOES 1-5, Appellees

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-76497**

## O R D E R

The clerk's record was filed January 10, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Order Denying Application for Temporary Restraining Order signed December 2, 2021.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **February 8, 2022**, containing the above listed document.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.